| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.: LA PALMA BAR 11/27/04 | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT<br>280 SOUTH FIRST STREET<br>SAN JOSE, CA 95113 | | |

PLAINTIFF/PETITIONER:

GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT:

LEMUZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C 07-05920 JF |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE PRETRAIL PREPARATIONS; CERTIFICATION AS TO INTERESTED PARTIES; CIVIL COVER SHEET; UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA INFORMATION PACKAGE

3. a. Party served: MARTIN E. LEMUZ, A/K/A MARTIN LEMUZ ESPINO, INDIVIDUALLY AND D/B/A LA PALMA BAR A/K/A BAR LA PALMA

4. Address where the party was served: 262 KEYES STREET
SAN JOSE, CA 95112

5. I served the party
   b. **by substituted service.** On: December 26, 2007 at: 03:05 pm I left the documents listed in item 2 with or in the presence of MARIANN TAYA - PERSON IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. R. GARDINER
   b. ABSOLUTE SERVICE OF LOS ANGELES
   1301 WEST SECOND STREET, SUITE 204
   LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $95.00
   e. I am: (3) registered California process server.
   (i) independent contractor
   (ii) Registration No.: 458
   (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 8, 2008

R. GARDINER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.: LA PALMA BAR 11/27/04 | |
| Insert name of court, judicial district or branch court, if any<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT<br>280 SOUTH FIRST STREET<br>SAN JOSE, CA 95113 | | |
| PLAINTIFF: GARDEN CITY BOXING CLUB, INC. | | |
| DEFENDANT: LEMUZ | | |

| DECLARATION RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C 07-05920 JF |

I received the within process on December 18, 2007 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: MARTIN E. LEMUZ, A/K/A MARTIN LEMUZ ESPINO, INDIVIDUALLY AND D/B/A LA PALMA BAR A/K/A BAR LA PALMA

Residence: Residence address was not known at the time of service.

Business: 262 KEYES STREET, SAN JOSE, CA 95112

As enumerated below:

December 21, 2007 06:40 pm
NOT IN (BUSINESS).
December 23, 2007 10:35 am
BUSINESS/OFFICE LOCKED.
December 24, 2007 09:30 am
BUSINESS/OFFICE LOCKED.
December 26, 2007 03:04 pm
NOT IN (BUSINESS) PER MARIANN TAYA, PERSON IN CHARGE.
December 26, 2007 03:05 pm
SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

**Person who served papers**
R. GARDINER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $95.00
I am: registered California process server.
independent contractor
Registration No.: 458
County: SANTA CLARA

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 8, 2008

R. GARDINER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | TELEPHONE NO.: (626) 799-9797<br>tprlaw@att.net | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.: LA PALMA BAR 11/27/04 | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT<br>280 SOUTH FIRST STREET<br>SAN JOSE, CA 95113 | | |
| PLAINTIFF/PETITIONER: GARDEN CITY BOXING CLUB, INC. | | |
| DEFENDANT/RESPONDENT: LEMUZ | | |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C 07-05920 JF |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On December 27, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE PRETRAIL PREPARATIONS; CERTIFICATION AS TO INTERESTED PARTIES; CIVIL COVER SHEET; UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA INFORMATION PACKAGE

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

MARTIN E. LEMUZ, A/K/A MARTIN LEMUZ ESPINO, INDIVIDUALLY AND D/B/A LA PALMA BAR
A/K/A BAR LA PALMA
262 KEYES STREET
SAN JOSE, CA 95112

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $95.00
I am: registered California process server.
employee
Registration No.: 5211
County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 8, 2008

M. MANCHESTER