**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**GARDEN CITY BOXING CLUB, INC.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. | Case No. 5:07-cv-05920-JF |
| Plaintiff, | AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT |
| vs. | |
| MARTIN E. LEMUZ, ET AL. | |
| Defendant. | |

**To: The Clerk of the above-entitled Court:**

I, Thomas P. Riley, declare as follows:

1. I am the attorney for Garden City Boxing Club, Inc., in the above-entitled action.

2. On December 26, 2007, Defendant was duly served with Summons and Complaints and supplemental suit papers filed in this action.

3. On or about January 9, 2008, the Proof of Service, evidencing same was filed with the Court.

Page 1

4. The Defendant has not appeared in this action and has not responded to the Complaint within the time permitted by law.

5. Defendant is not infant, incompetent person, or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

6. Plaintiff respectfully requests default in its favor.

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated: January 29, 2008    */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 29, 2008, served:

**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Martin E. Lemuz (Defendant)
262 Keyes Street
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 29, 2008, at South Pasadena, California.

Dated: January 29, 2008          */s/ Raquel Hernandez*
                                 RAQUEL HERNANDEZ