1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   GARDEN CITY BOXING CLUB, INC.

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  | J & J SPORTS PRODUCTIONS, INC. | CASE NO. 5:07-cv-05920-JF |
11  |              Plaintiff,        | DECLARATION OF AFFIANT    |
12  |              vs.               |                           |
13  |                                |                           |
14  | Martin E. Lemuz, et al.        |                           |
15  |              Defendant.        |                           |

16

17      TO THE CLERK OF THE COURT:

18

19      A true and correct copy of the Declaration of Affiant is attached hereto and made part hereof as

20  Plainttif's Exhibit A.

21

22                                      Respectfully submitted:

23

24

25  Date: March 21, 2008                /s/ Thomas P. Riley
                                        LAW OFFICES OF THOMAS P. RILEY, P.C.
26                                      By: Thomas P. Riley
                                        Attorneys for Plaintiff
27                                      Garden City Boxing Club, Inc.

28

DECLARATION OF AFFIANT
CASE NO. 5:07-cv-05920-JF
PAGE 1

# AFFIDAVIT

State of: _California_

Country of: _Santa clara county_

I, undersigned, being duly sworn according to law deposes and says, that on

_11-27-04_ , I entered the establishment known as

_La Palma Bar_ located at

_202 keyes RD., San Jose, CA_ at approximately _8:37_

a.m./p.m. I paid $ _10_ to enter this establishment. I ordered _0_ from

a bartender/waitress whose name is _N/A_ and who is described as

_Middle aged latin woman_ . I observed _6_

television sets. They are described as _3-12"  3-27"_ and

they were located _3 12" above bar placed in wall._

_3 27" around perimeter._ . On the television

set(s), I observed the boxing match between _Oscar larios_ and

_Nedal Hussein_ - _Larios_ was wearing _blue_

trunks and _Hussein_ was wearing _white_

trunks. I also observed the following: _Round 12 of 12_
_with approx. 1 minute to go. Both boxers_
_sparring._

A cable box was / was not visible. The channel ———— appeared on the box. This

establishment has / does not have a satellite dish. There were / were not Apartments

above or adjacent to the establishment. The establishment is described as
_6 pool tables to left. Bar to right. Juke box_
_by front wall._

This establishment rates _____ (Good, Fair, Poor). The Capacity of this

establishment is approximately _75_ people. At the time of my appearance, I

counted approximately _60_ people on the first head count and _60_ on

the second count.

Prior to my departure, there were approximately ___60___ people in the establishment. This establishment is located in a commercial / residential neighborhood. There was / was not a parking lot connected or adjacent to this establishment. I observed the following license plates either in the parking lot, in front of, or in the immediate vicinity, of this establishment:

| | |
|---|---|
| 4FSM992 | 3MDK752 |
| 4GHX273 | 3MSM943 |
| 5ELX681 | 7DO4425 |

I departed this establishment at __8:45__ a.m. / p.m.

Dated: ___11-27-04___

Signed: _____

Printed Name: Anthony Dazhan

Agency: Gravelyn & assoc.

Address: 1656 Fir Ave

City/Sate: San leandro, CA

Phone #: (510) 387-6046

P.I.#: 18604

## NOTARY

On __12.7.04__, before me, Selena M Jordan

Notary Republic, personally appeared Anthony Dazhan ( ) personally

To me – or – ⊠ proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the written instrument and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary



SELENA M. JORDAN
COMM. #1505115
NOTARY PUBLIC – CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires AUG 02, 2008



1

2

## PROOF OF SERVICE (SERVICE BY MAIL)

3

4

I declare that:

5

6

7

8

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

9

10

On March 21, 2008, I served:

11

12

### DECLARATION OF AFFIANT

13

14

On all parties referenced by enclosing true copies thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

15

16

17

Martin E. Lemuz  (Defendant)
262 Keyes St.
San Jose, California 95112

18

19

20

21

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 21, 2008, at South Pasadena, California.

22

23

Dated: March 21, 2008

24

/s/ Raquel Hernandez
**RAQUEL HERNANDEZ**

25

26

27

28

**DECLARATION OF AFFIANT**
**CASE NO.  5:07-cv-05920-JF**
**PAGE 2**