Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN E. LEMUZ, et al.,<br><br>Defendant. | Case No. 5:07-cv-05920-JF<br><br>ORDER (Proposed) |

Default having been entered in this action on January 31, 2008, and the application for and declarations in support of default judgment having been filed on or about March 21, 2008, and having been served on the Defendant and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///
///
///

IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be entered against Defendant Margarito Duenas Loera, individually and d/b/a La Palma Bar a/k/a Bar La Palma and in favor of J & J Sports Productions, Inc., as follows:

| | | | |
|---|---|---|---|
| a. | For the Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $ | 50,000.00 |
| b. | For the Violation of Title 47 U.S.C. 553 (b)(2) and (c)(2)(c): | $ | 50,000.00 |
| c. | For the Tort of Conversion: | $ | 1,200.00 |
| | Total: | $ | 101,200.00 |

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $101,200.00.

ITS SO ORDERED:

_____          Dated:_____
**The Honorable Jeremy Fogel**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///

<u>**PROOF OF SERVICE (SERVICE BY MAIL)**</u>

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 21, 2008, I served:

**ORDER (PROPOSED)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Martin E. Lemuz  (Defendant)
262 Keyes Street
San Jose, California 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 21, 2008, at South Pasadena, California.

Dated: March 21, 2008

/s/ Raquel Hernandez
RAQUEL HERNANDEZ