**\*\*E-filed 3/24/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

**GARDEN CITY BOXING CLUB,**

    **Plaintiff,**

     **v.**

**MARTIN LEMUS,**

    **Defendant.**

_____

**No. C-07-5920-JF**

**Clerks's Notice**

**To: All Counsel and Parties in the above named action.**

**The Court has rescheduled the Case Management Conference currently scheduled for March 28, 2008. The new hearing date is Friday, May 30, 2008 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 3/24/08**
                                      **For the Court,**
                                      **Richard W. Wieking, Clerk**

                                      **Diana Munz**
                                      **electronic signature**
                                      **Courtroom Deputy**