1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795

5
   Attorney for Plaintiff
6  Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc., | Case No. CV 07-5920 JF |
|---|---|
| Plaintiff, | AMENDED NOTICE OF HEARING RE: NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT |
| vs. | |
| Martin E. Lemuz, et al. | For: Honorable Jeremy Fogel |
| Defendant. | Date: May 30, 2008 |
| | Time: 9:00 am |

**TO THE HONORABLE JEREMY FOGEL, THE DEFENDANT AND HIS ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on May 30, 2008, at 9:00 am or as soon thereafter as this matter may be heard by the above entitled United States District Court, located at 280 South First Street, San Jose, CA 95113, Plaintiff will present its Application for Default Judgment against Defendant Martin E. Lemuz a/k/a Martin Lemuzespino, individually and d/b/a La Palma Bar a/k/a Bar La Palma before the Honorable Jeremy Fogel.

///
///
///

1  Defendant and his attorney/s of record are further instructed that this Amended Notice of
2  Hearing Re: Application and Application for Default Judgment by the Court supercedes the Notice
3  of Application and Application for Default Judgment by the Court (hereinafter "Plaintiff's
4  Application") previously served upon the Defendant on March 20, 2008 referencing that the
5  Plaintiff's Notice of Application and Application for Default Judgment by the Court would be set
6  by the Court.

As set forth above, Plaintiff's Application will now be heard on May 30, 2008, at 9:00 am.

Respectfully submitted,

Dated:  March 24, 2008

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorney for Plaintiff
Garden City Boxing Club, Inc.

///
///
///
///
///
///

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont, South Pasadena, California 90130. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 24, 2008, I served:

**AMENDED NOTICE OF HEARING RE: NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Martin E. Lemuz a/k/a Martin Lemuzespino    (Defendant)
262 Keyes Street
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the March 24, 2008, at Los Angeles, California.

Dated: March 24, 2008              */s/ Inesa Mamidjanyan*
                                   INESA MAMIDJANYAN