**E-Filed 5/30/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN E. LEMUZ (aka MARTIN LEMUZESPINO) (dba LA PALMA BAR), <br><br> Defendant. | Case Number CV 07-5920 JF <br><br> ORDER[1] GRANTING MOTION FOR DEFAULT JUDGMENT. <br><br> [re: docket no. 9] |

On November 26, 2007, Plaintiff, Garden City Boxing Club, Inc. ("Garden Boxing Club") filed the present action against Defendant, Martin E. Lemuz ("Lemuz"), a/k/a Martin Lemuzespino, individually and d/b/a La Palma Bar, a/k/a Bar La Palma. Lemuz operates La Palma Bar, located at 262 Keyes Street, San Jose, California 95112.

Garden City Boxing owns the distribution rights of the *Erik Morales v. Marco Antonio Barrera III World Super Featherweight Championship Fight Program* (Nov. 27, 2004) ("the Program"). Garden City Boxing alleges that on November 27, 2004, Lemuz and/or his agents or

---

[1] This disposition is not designated for publication and may not be cited.

1  employees willfully and unlawfully intercepted, received and exhibited the Program for the
2  purpose of direct or indirect commercial advantage or private financial gain.  Pursuant to 47
3  U.S.C. 605, *et seq*. and 47 U.S.C. 553, *et seq*., Garden City Boxing seeks $101,200 in damages
4  for the alleged unauthorized publication or use of communications.  A proof of service was filed
5  on January 9, 2008, reflecting that Lemuz was served on December 26, 2007.
6      Plaintiff obtained a clerk's entry of default against Lemuz, a/k/a Martin Lemuzespino,
7  individually and d/b/a La Palma Bar, a/k/a Bar La Palma, on January 31, 2008.  On March 21,
8  2008, Plaintiff applied for entry of default judgment. The application for default judgment
9  complies with the requirements of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 55.
10 Good cause having been shown, and without opposition, the application for default judgment is
11 GRANTED in the amount of $101,200.

13 DATED: May 30, 2008

_____
JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

Thomas P. Riley
Law Offices of Thomas P. Riley, P.C.
1114 Fremont Ave.
South Pasadena, CA 91030
Fax (626) 799-9795
Email tprlaw@att.net

Martin E. Lemuz, a/k/a Martin Lemuzespino
262 Keyes St.
San Jose, CA 95112

3

Case No. CV 07-5920 JF
ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
(JFLC1)