# UNITED STATES DISTRICT COURT

JUDGE JEREMY FOGEL, PRESIDING

COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 30, 2008

**Case Number:** CV-07-5920-JF/RS

**Courtroom Deputy Clerk:** Diana Munz

**Court Reporter:** Summer Clanton

| TITLE: | **GARDEN CITY BOXING CLUB  V.  MARTIN LEMUZ** | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | **Attorneys Present: Anthony Passaretti** | **Attorneys Present:** |

## PROCEEDING

Hearing on Motion for Entry of Default Judgment held.  Counsel for plaintiff is present.  The Court grants the motion.  The case management conference is not held.