```
 1  DAVID J. COOK, ESQ. (State Bar # 060859)
    ROBERT J. PERKISS, ESQ (State Bar # 62386)
 2  COOK COLLECTION ATTORNEYS
    A PROFESSIONAL LAW CORPORATION
 3  165 Fell Street
    San Francisco, CA 94102
 4  Mailing Address: P.O. Box 270
    San Francisco, CA 94104-0270
 5  Tel.: (415) 989-4730
    Fax: (415) 989-0491
 6  File No. 52,859

 7  Attorneys for Plaintiff
    GARDEN CITY BOXING CLUB, INC.
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  GARDEN CITY BOXING CLUB, INC.,  )   CASE NO. CV-07-5920-JF
                                    )
13           Plaintiff,             )
                                    )   ASSOCIATION OF COUNSEL
14  vs.                             )
                                    )
15  MARTIN E. LEMUZ aka MARTIN      )
    LEMUZESPINO dba LA PALMA BAR,   )
16                                  )
             Defendant.             )
17  _____  )
```

18  The law offices of Thomas P. Riley hereby associates the law offices of Cook Collection

19  Attorneys, A Professional Law Corporation, and David J. Cook, Esq. as and for associate counsel

20  in the above-entitled proceeding herein. The name, address, telephone, fax number and email of

21  Cook Collection Attorneys, P.L.C. are set forth below:

22      DAVID J. COOK, ESQ.
        COOK COLLECTION ATTORNEYS
23      A PROFESSIONAL LAW CORPORATION
        165 Fell Street
24      San Francisco, CA 94102
        Mailing Address: P.O. Box 270
25      San Francisco, CA 94104-0270
        Tel: (415) 989-4730
26      Fax: (415) 989-0491
        Email: Cook@SqueezeBloodFromTurnip.com
27

28

1  This association is accepted and authorized by:

2  DATED: July 7, 2008                     LAW OFFICES OF THOMAS P. RILEY

3
                                           By:  /s/ Thomas P. Riley
4                                          THOMAS P. RILEY, ESQ. (SB#194706)
                                           Attorney for Plaintiff
5
   We accept the above association of counsel.
6
   DATED: July 7, 2008                     COOK COLLECTION ATTORNEYS
7

8                                          By:  /s/ David J. Cook
                                           DAVID J. COOK, ESQ. (SB# 060859)
9                                          Attorney for Plaintiff

10
   F:\USERS\DJCNEW\LAPALMA.ASO
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ASSOCIATION OF COUNSEL - CASE NO. CV-07-5920-JF                                    2

# PROOF OF SERVICE

MARTIN E. LEMUZ aka MARTIN LEMUZESPINO
dba LA PALMA BAR
262 Keyes Street
San Jose, CA 95112

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

ASSOCIATION OF COUNSEL

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2008.

/s/ Karene Jen
Karene Jen