1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.859

7  Attorneys for Plaintiff
   GARDEN CITY BOXING CLUB, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  GARDEN CITY BOXING CLUB, INC.,    )   CASE NO. CV-07-5920-JF
                                      )
13          Plaintiff,                )   NOTICE OF WITHDRAWAL OF EX PARTE
                                      )   APPLICATION FOR ENTRY OF ORDER
14  vs.                               )   AUTHORIZING PROCESS SERVER TO
                                      )   LEVY EXECUTION PURSUANT TO C.C.P. §
15  MARTIN E. LEMUZ aka MARTIN        )   699.080
    LEMUZESPINO dba LA PALMA BAR,     )
16                                    )
            Defendant.                )
17  _____ )

18      COMES NOW Plaintiff GARDEN CITY BOXING CLUB, INC., who hereby withdraws

19  that ex parte application for the issuance of an order authorizing the use of a process server to levy

20  and execute under C.C.P. § 699.080, in the place and in lieu of the United States Marshal, as being

21  unnecessary in this district (Central District requires it).

22  DATED: July 8, 2008                   COOK COLLECTION ATTORNEYS

23
                                          By:   /s/ David J. Cook
24                                              DAVID J. COOK, ESQ. (SB# 060859)
                                          Attorneys for Plaintiff
25                                        GARDEN CITY BOXING CLUB, INC.

26  F:\USERS\DJCNEW\LAPALMA.withdraw

27

28

NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING
PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 - CASE NO. CV-07-5920-JF

## PROOF OF SERVICE

MARTIN E. LEMUZ aka MARTIN LEMUZESPINO
dba LA PALMA BAR
262 Keyes Street
San Jose, CA 95112

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 333 Pine Street, 3rd Floor. San Francisco. CA 94104. On the date set forth below, I served the attached:

NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080

on the above-named person(s) by:

__XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2008.

/s/ Karene Jen
Karene Jen