**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
DAVID J. COOK, Esq. CSB: 060859
COOK COLLECTION ATTORNEYS, PLC.
165 Fell Street
San Francisco, CA 94102 5106
Tel: (877) 989 4730/Fax: (866) 989 0491

[✓] ATTORNEY FOR  [XXX] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: UNITED STATES DISTRICT COURT
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION
CITY AND ZIP CODE: 280 South First Street
BRANCH NAME: San Jose, California 95113

PLAINTIFF: GARDEN CITY BOXING CLUB, INC.
DEFENDANT: MARTIN E. LEMUZ (AKA MARTIN LEMUZESPINO)

FOR RECORDER'S USE ONLY

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

CASE NUMBER: CV 07 5920 JF

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address

   MARTIN E. LEMUZ A.K.A. MARTIN LEMUZESPINO, INDIVIDUALLY AND D.B.A BAR LA PALMA, 262 Keyes Street, San Jose, Ca 95112

   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:   [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
   262 Keyes Street, San Jose, CA 95112

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   GARDEN CITY BOXING CLUB, INC.
   CARE OF COOK COLLECTION ATTOREY
   165 Fell Street, San Francisco, CA 94102

   Date: July 15, 2008
   DAVID J. COOK, Esq., CSB 060859
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $101,200.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): May 30, 2008
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on (date): **JUL 17 2008**

Clerk, by _____, Deputy
GORDANA MACIC

Form Adopted for Mandatory Use
Judicial Council of California
wwwwEJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2

Code of Civil Procedure, §§ 488.480, 674, 700.190