EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| DAVID J. COOK, Esq. CSB: 060859<br>COOK COLLECTION ATTORNEYS, PLC.<br>165 Fell Street<br>San Francisco, California 94102-5106<br><br>TELEPHONE NO.: (877) 989 473    FAX NO. (Optional): (866) 989 0491<br>E-MAIL ADDRESS (Optional): DAVIDCOOK@COOKCOLLECTIONATTORNEYS.<br>ATTORNEY FOR (Name): Plaintiff GARDEN CITY BOXING CLUB, INC.<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: UNITED STATES DISTRICT COURT NORTHERN
MAILING ADDRESS: OF CALIFORNIA SAN JOSE DIVISION
CITY AND ZIP CODE: 280 SOUTH FIRST STREET
BRANCH NAME: SAN JOSE, CALIFORNIA 95113

PLAINTIFF: GARDEN CITY BOXING CLUB, INC.

DEFENDANT: MARTIN E. LEMUZ aka MARTIN LEMURESPINO ETC.

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                      [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>CV 07 5920 JF |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** NORTHERN DISTRICT OF CALIFORNIA
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* GARDEN CITY BOXING CLUB, INC.
   is the [✓] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*
   MARTIN E. LEMUZ A.K.A. MARTIN LEMUZESPINO INDIVIDUALLY AND D.B.A. BAR LA PALMA, 262 Keyes Street, San Jose, CA 95112

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date):* May 30, 2008
6. [ ] **Judgment renewed** on *(dates):*
7. **Notice of sale** under this writ
   a. [ ] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . .  $ 101,200.00
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . .  $       -0-
13. Subtotal *(add 11 and 12)* . . . . . . . . . .  $ 101,200.00
14. Credits . . . . . . . . . . . . . . . . . . . . . . . . .  $       -0-
15. Subtotal *(subtract 14 from 13)* . . . . . .  $ 101,200.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . .  $       -0-
17. Fee for issuance of writ . . . . . . . . . . . . .  $       -0-
18. **Total** *(add 15, 16, and 17)* . . . . . . . . .  $ 101,200.00
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of . . . . . . . . . . $ 5.21 per day
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . . . . . . . . . $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date)* JUL 17 2008  Clerk, by _____, Deputy
GORDANA MACIC

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.JuriSearch.com