EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* Recording requested by and return to: NATHANIEL L. DUNN SBN 255661 COOK COLLECTION ATTORNEYS (PLC) 165 Fell Street, San Francisco, CA 94102 Mailing: PO Box 270 San Francisco, CA 94104 File No. 415 989·4730 | |
|---|---|
| ☐ ATTORNEY FOR  ☐ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | |

UNITED STATES DISTRICT COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: SAN JOSE division
CITY AND ZIP CODE: 280 1st Street
BRANCH NAME: San Jose, CA 95113

FOR RECORDER'S USE ONLY

| PLAINTIFF: GARDEN CITY BOXING CLUB, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: MARTIN E. LEMUZ (AKA MARTIN LEMUZESPINO) | CV 07 5920 JF |

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [x] Amended

FOR COURT USE ONLY

1. The [x] judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────────────┐
   │ MARTIN E. LEMUZ A.K.A. MARTIN LEMUZESPINO, │
   │ INDIVIDUALLY AND D.B.A BAR LA PALMA        │
   │ 262 Keyes Street                           │
   │ SAN JOSE, CA 95112                         │
   └─────────────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:  [x] Unknown
   c. Social security no. [last 4 digits]:  [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: MARTIN E. LEMUZ A.K.A. MARTIN LEMUZESPINO, INDIVIDUALLY AND D.B.A BAR LA PALMA 262 Keyes Street, SAN JOSE, CA 95112

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   GARDEN CITY BOXING CLUB, INC.
   c/o COOK COLLECTION ATTORNEYS
   PO Box 270, San Francisco, CA 94104

Date: AUGUST 27, 2008
NATHANIEL L. DUNN SBN 255661
(TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. [x] Original abstract recorded in this county:
   a. Date: 7/24/2008
   b. Instrument No: 19934415

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 101,200.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* May 30, 2008
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
SEP 11 2008

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Clerk, by _____, Deputy
GORDANA MACIC

| Form Adopted for Mandatory Use Judicial Council of California EJ-001 [Rev. January 1, 2008] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 1 of 2 Code of Civil Procedure, §§ 488.480, 674, 700.190 |
|---|---|---|

Legal Solutions Plus